CLEMENT LEE WOODS, ADMINISTRATOR OF THE ESTATE OF RANDY LEE WOODS v. JAMES ENTERPRISES, INC., JAMES FARMS, INC. AND HOWARD STAMEY

No. 7222SC20

(Filed 23 February 1972)

Appeal and Error § 6— interlocutory order — striking of portions of complaint

Order allowing defendants' motions to strike portions of the complaint is not appealable. Court of Appeals Rule 4.

APPEAL by plaintiff from *Crissman, Judge,* 21 June 1971 Session, IREDELL Superior Court.

*Franklin Smith for plaintiff appellant.*

*Collier, Harris & Homesley and Craighill, Rendleman & Clarkson by J. B. Craighill for defendant appellees.*

BRITT, Judge.

Plaintiff attempts to appeal from an order allowing defendants' motions to strike certain portions of plaintiff's complaint. The order is not appealable. Rule 4, Rules of Practice in the Court of Appeals of North Carolina. Plaintiff has also petitioned this court for a writ of certiorari as provided by Rule 4 to review said order but we do not agree with plaintiff's contention that he will suffer substantial harm from the ruling on the motion unless the ruling is reviewed by this court prior to the trial of the cause on its merits. The petition is denied.

Appeal dismissed.

Petition for certiorari denied.

Judges CAMPBELL and GRAHAM concur.